# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ANDRES GOMEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SF BAY AREA PRIVATE RVS, INC.,<br><br>　　　　Defendant. | Case No. 21-cv-03701-BLF<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER AND FAILURE TO PROSECUTE** |

Plaintiff filed the complaint in this action on May 18, 2021. *See* Compl., ECF 1. On July 13, 2021, the Court granted Plaintiff's administrative motion for an extension of time to effect service of process. *See* Order, ECF 11. The Court ordered that service of process be completed within 90 days after its order, thus extending the service deadline to October 12, 2021. *See id.* Plaintiff has not filed proof of service or any other document since July 13, 2021.

Plaintiff is ORDERED TO SHOW CAUSE, in writing and by November 15, 2021, why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with a court order and failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 1, 2021

_____
BETH LABSON FREEMAN
United States District Judge