# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ANDRES GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SF BAY AREA PRIVATE RVS, INC.,<br><br>　　　　　Defendant. | Case No. 21-cv-03701-BLF<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

The Court denied Plaintiff's motion for default judgment on July 28, 2022, without prejudice to a renewed motion. *See* Order Denying Mot., ECF 32. The Court set a deadline of October 28, 2022 for Plaintiff to file any renewed motion. *See* Order Setting Deadline, ECF 34. Plaintiff has not filed a renewed motion or requested an extension of time to do so.

Plaintiff is ORDERED TO SHOW CAUSE, in writing and within 14 days, why this case should not be dismissed for failure to prosecute. If Plaintiff fails to respond to this order by December 13, 2022, the Court will presume that Plaintiff no longer wishes to pursue this case and will dismiss the case without prejudice and without further notice.

Dated: November 29, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　United States District Judge