CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Christopher A. Seabock, Esq., SBN 279640
100 Pine Street, Suite 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
ChrisS@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Andres Gomez,**<br><br>     Plaintiff,<br><br>     v.<br><br>**SF Bay Area Private RVS, Inc.**, a California Corporation,<br><br>     Defendant. | **Case No**. 5:21-cv-03701-BLF<br><br>**NOTICE OF DISMISSAL**<br><br>*FRCP 41(a)(1)(A)(i)* |

   Please take notice that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff hereby dismisses the entire action without prejudice. No defendant has served an answer or a motion for summary judgment.


Dated: November 30, 2022          CENTER FOR DISABILITY ACCESS

                                  By: /s/ Christopher A. Seabock
                                       Christopher A. Seabock
                                       Attorney for Plaintiff